ACCEPTED
01-15-00335-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 10:02:13 AM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 2012-75635

| | | |
|---|---|---|
| CENTERPOINT ENERGY HOUSTON ELECTRIC LLC<br>    Plaintiff, | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br>FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>5/6/2015 10:02:13 AM<br>CHRISTOPHER A. PRINE<br>Clerk |
| vs. | §<br>§ | HARRIS COUNTY, TEXAS |
| 5433 WESTHEIMER, LP; 5433 WESTHEIMER, {GP} LLC and SONGY 5433 WESTHEIMER {GP} LLC<br>Defendant(s). | §<br>§<br>§<br>§ | 269th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

In and from Cause No. 2012-75635 and pursuant to Tex Rules of App Proc 25.1, Plaintiff, CenterPoint Energy Houston Electric, LLC hereby appeals to the Texas Civil Court of Appeal the Final Judgment entered March 10, 2015 by the Honorable Dan Hinde.

The court ordered that Plaintiff, CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC take nothing from Defendants, 5433 WESTHEIMER, LP; 5433 WESTHEIMER, {GP} LLC and SONGY 5433 WESTHEIMER {GP} LLC. Plaintiff's appeal arises from the aforementioned Final Judgment.

1

Plaintiff appeals to either the 1st or the 14th Court of Appeals.

Respectfully submitted,

OPPEL & GOLDBERG, P.L.L.C.

By: _____

Jeffrey Wells Oppel
TSBN 15291800
1010 Lamar, Suite 1420
Houston, TX 77002
713-659-9200
713-659-9300 (Fax)
joppel@ogs-law.com

ATTORNEYS FOR PLAINTIFF(S),
CENTERPOINT ENERGY HOUSTON
ELECTRIC, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that in compliance with Texas Rules of Civil Procedure, a copy of the foregoing instrument was properly served on this the 9th day of April, 2015 on the following parties in interest:

*Via Electronic Filing*
Stan Stanart
Harris County District Clerk
P.O. Box 4651
Houston, Texas 77210

*Via Electronic Filing*
Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

*Via Electronic Filing*
Christopher A. Prine
Clerk, Fourteenth Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

*Via Electronic Filing*
Lansford O. Ireson, Jr.
IRESON & WEIZEL, PLLC
9720 Cypresswood Dr., Suite 238
Houston, Texas 77070
Lireson@iwlegal.com

Jeffrey Wells Oppel

3